[No. 63749-5-I.   Division One.   May 31, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. LARRY GRUBB, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 08-1-01140-5, Charles R. Snyder, J., entered June 15, 2009. *Reversed* and *remanded* by unpublished opinion per Schindler, J., concurred in by Ellington and Lau, JJ.

[No. 64229-4-I.   Division One.   May 31, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. JODY EDWARD SANDS, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 08-1-00067-7, Linda C. Krese, J., entered September 10, 2009. *Affirmed* by unpublished opinion per Leach, A.C.J., concurred in by Appelwick and Schindler, JJ.

[No. 64473-4-I.   Division One.   May 31, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. ERIC O'GRADY, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 06-1-01080-1, Steven J. Mura, J., entered October 29, 2009. *Affirmed in part* and *remanded* by unpublished opinion per Ellington, J., concurred in by Schindler and Lau, JJ.

[No. 64622-2-I.   Division One.   May 31, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. EVELYN DENISE FIELDS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-01767-7, Christopher A. Washington, J., entered November 23, 2009. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Cox and Spearman, JJ.